# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

ERNEST GUARDADO,

        Plaintiff,

vs.

STATE OF NEVADA, *et al.*,

        Defendants.

2:17-cv-01072-JAD-VCF

**ORDER**

Before the court is Plaintiff's Motion for Service of Summons (ECF No. 24).

On October 11, 2018, the Attorney General accepted service on behalf of Defendant Antonio Bryant. Service was not accepted on behalf of Defendant Morris Guice. (ECF No. 14). Defendant Guice's last known address was filed under seal. Plaintiff now seeks the Court for an order authorizing the U.S. Marshal to serve Defendant Guice with a copy of the Complaint and Summons.

Plaintiff has given sufficient reason for the court to grant his request.

Accordingly,

IT IS HEREBY ORDERED that is Plaintiff's Motion for Service of Summons (ECF No. 24) is GRANTED.

The Clerk of Court is directed to issue Summons to Morris Guice at the address provided under sealed in ECF No. 15 and deliver same to the U.S. Marshal for service. The clerk is directed to mail to plaintiff the USM-285 form. The clerk is directed to send copy of the Complaint, Summons, and copy of this order to the U.S. Marshal for service on Defendant Guice. Plaintiff has thirty (30) days within which to furnish to the U.S. Marshal the required USM-285 form with relevant information as to Guice.

Within twenty (20) days after plaintiff receives copy of the completed USM-285 form from the U.S. Marshal, plaintiff must file a notice with the court stating if defendant was served. If the plaintiff wishes to have the U.S. Marshal attempt service again on defendant, then a motion must be filed with the court.

IT IS FURTHER ORDERED that the time to effectuate service on Defendant Guice is extended to March 11, 2019.

DATED this 10th day of January, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE