# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Ernest Guardado,

    Plaintiff

v.

State of Nevada *ex rel*, et al.

    Defendants

Case No.: 2:17-cv-01072-JAD-VCF

**Order Adopting Report & Recommendation and Granting Motion to Strike Defendant Guice's Joinder to Answer**

[ECF Nos. 66, 71]

    Pro se prisoner Ernest Guardado brings this civil-rights action to redress events that he claims occurred during his incarceration at Nevada's High Desert State Prison.[1] The Clerk of Court entered default against Defendant Morris Guice on March 21, 2019,[2] yet a month later, Guice joined[3] in Defendant Antonio Bryant's answer to the complaint.[4] Guardado moves to strike that joinder because Guice has been defaulted and has not had that default set aside.[5] Guice filed no opposition, and the Magistrate Judge recommends that I grant the motion to strike.[6] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[7]

    IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 71] is ADOPTED** in full;

---

[1] ECF No. 6.

[2] ECF No. 44.

[3] ECF No. 62.

[4] ECF No. 20.

[5] ECF No. 66.

[6] ECF No. 71.

[7] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED THAT the motion to strike **[ECF No. 66] is GRANTED**. **The Clerk of Court is directed to STRIKE [ECF No. 62]** Defendant Guice's joinder in the answer.

Dated: June 24, 2019

_____
U.S. District Judge Jennifer A. Dorsey