# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Ernest Guardado,

    Plaintiff

v.

State of Nevada *ex rel*, et al.

    Defendants

Case No.: 2:17-cv-01072-JAD-VCF

**Order Granting Motion to Lift Stay for Limited Purpose of Filing Motion to Set Aside Default**

[ECF No. 72]

    Pro se prisoner Ernest Guardado brings this civil-rights action to redress events that he claims occurred during his incarceration at Nevada's High Desert State Prison.[1] The Clerk of Court entered default against Defendant Morris Guice on March 21, 2019,[2] and Guice now moves to lift the 90-day stay for the limited purpose of allowing him to file a motion to set aside that default.[3] The deadline to oppose that motion has passed without response. Accordingly, with good cause appearing and no opposition, IT IS HEREBY ORDERED that Defendant Guice's Motion to Lift Stay Temporarily to File Motion to Set Aside Clerk's Default **[ECF No. 72] is GRANTED.** Guice has 10 days to file the motion to set aside the default.

    Dated: July 16, 2019

                                                          _____
                                                          U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 6.

[2] ECF No. 44.

[3] ECF No. 72.