1  AARON D. FORD
     Attorney General
2  HENRY H. KIM (Bar No. 14390)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-3095 (phone)
   (702) 486-3773 (fax)
6  Email: hkim@ag.nv.gov

7  *Attorneys for Defendants
   Antonio Bryant, James Dzurenda,*
8  *Morris Guice, Dwight Neven,
   and David Tristan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Ernest Guardado, | Case No. 2:17-cv-01072-JAD-VCF |
|---|---|
| Plaintiff, | |
| v. | **MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED STIPULATION TO DISMISS (FIRST REQUEST)** |
| State of Nevada ex rel, | |
| Defendants. | |

Defendants Antonio Bryant, James Dzurenda, Morris Guice, Dwight Neven, and David Tristan, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Henry H. Kim, Deputy Attorney General, hereby file this Motion for Extension of Time to Submit Proposed Stipulation to Dismiss pursuant to this Court's Minute Order (ECF No. 76). This Motion is made and based upon the following memorandum of points and authorities, the pleadings and papers on file herein, and any other evidence the Court deems appropriate to consider in this matter.

/ / /

/ / /

/ / /

## I. INTRODUCTION

On July 19, 2019, parties reached a settlement at the Early Mediation Conference. (ECF No. 76). The Court ordered that proposed stipulation to dismiss be submitted by August 19, 2019. (ECF No. 76). Parties are still finalizing the terms of the settlement agreement.

## II. ARGUMENT

Defendants respectfully request that this Court grant additional 45 days to submit a proposed stipulation to dismiss so that parties can finalize the terms of the settlement agreement.

## III. CONCLUSION

For the foregoing reasons, Defendants respectfully request that this Court grant additional 45 days to submit a proposed stipulation to dismiss.

DATED this 19th day of August, 2019.

Respectfully submitted,

AARON D. FORD
Attorney General

By:  /s/ Henry H. Kim
       HENRY H. KIM (Bar No. 14390)
       Deputy Attorney General

*Attorneys for Defendants*

IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 AM, October 7, 2019, in Courtroom 3D.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 8-20-2019

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on August 19, 2019, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED STIPULATION TO DISMISS** via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada to the following:

> Ernest Guardado #79950
> High Desert State Prison
> PO Box 650
> Indian Springs, NV 89070
> *Plaintiff, Pro Se*

                                              /s/ Diane Resch
                                              Diane Resch, an employee of the
                                              Office of the Nevada Attorney General