1  AARON D. FORD
     Attorney General
2  HENRY H. KIM (Bar No. 14390)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-3095 (phone)
   (702) 486-3773 (fax)
6  Email: hkim@ag.nv.gov

7  *Attorneys for Defendants*
   *Antonio Bryant, James Dzurenda,*
8  *Morris Guice, Dwight Neven,*
   *and David Tristan*
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Ernest Guardado, | Case No. 2:17-cv-01072-JAD-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL** |
| State of Nevada ex rel, | ECF Nos. 75, 82 |
| Defendants. | |

It is hereby stipulated and agreed by and between Plaintiff, Ernest Guardado, and Defendants, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Henry H. Kim, Deputy Attorney General, that the Civil Rights Complaint in

/ / /

/ / /

/ / /

the above captioned matter be dismissed in its entirety with prejudice. Each party shall bear their own attorney's fees and costs.

|  |  |
|---|---|
| _____<br>Ernest Guardado, Plaintiff<br>Pro Se<br><br>Dated: 10/2/19 | AARON D. FORD<br>Attorney General<br><br>By: _____<br>Henry H. Kim (Bar No. 14390)<br>Deputy Attorney General<br>Attorneys for Defendants<br><br>Dated: 10/9/19 |

**ORDER**

Based on the parties' stipulation **[ECF No. 82]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF No. 75]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 9, 2019